

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

UNITED STATES OF AMERICA,

     Plaintiff,

vs.

ANITA B. PAUL

     Defendant.

CR 08-52-M-DWM

FINDINGS & RECOMMENDATION
CONCERNING PLEA

   The Defendant, by consent, has appeared before me under Fed. R. Crim. P. 11 and has entered a plea of guilty to two counts of obstruction of IRS laws in violation of 26 U.S.C. § 7172(a) and 18 U.S.C. § 2 (Counts I & II), as set forth in the Indictment. In exchange for Defendant's plea, the United States has agreed to dismiss Counts III and IV of the Indictment.

   After examining the Defendant under oath, I have made the following determinations:

   1. That the Defendant is fully competent and capable of entering an informed and voluntary plea,

   2. That the Defendant is aware of the nature of the charges against her and consequences of pleading guilty to the charges,

PAGE 1

3. That the Defendant fully understands her constitutional rights, and the extent to which she is waiving those rights, by pleading guilty, and,

4. That the plea of guilty is a knowing and voluntary plea, supported by an independent basis in fact sufficient to prove each of the essential elements of the offenses charged.

The Court further concludes that the Defendant had adequate time to review the Plea Agreement with counsel, that she fully understands each and every provision of the agreement and that all of the statements in the Plea Agreement are true. Therefore, I recommend that the Defendant be adjudged guilty of Counts I and II of the Indictment, and that sentence be imposed.[1] I further recommend that Counts III and IV of the Indictment be dismissed.

**This report is forwarded with the recommendation that the Court defer a decision regarding acceptance until the Court has reviewed the Plea Agreement and the presentence report.**

DATED this 19th day of November, 2008.

_____
Jeremiah C. Lynch
United States Magistrate Judge

---

[1] Objections to these Findings and Recommendation are waived unless filed and served within ten (10) days. 28 U.S.C. § 636(b)(1)(B); Fed. R. Crim. P. 59(b)(2).